```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 24571
   GEORGE S COOLEY
   LOUISE S COOLEY                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5650     SSN XXX-XX-2770

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/21/2005 and was confirmed 10/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

     The case was converted to chapter 7 after confirmation 03/21/2006.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHARTER ONE BANK NA        CURRENT MORTG        .00            .00            .00
CHARTER ONE BANK NA        MORTGAGE ARRE    2902.00            .00         563.97
SHOREBANK CORP ~           CURRENT MORTG        .00            .00            .00
WORLD SAVINGS & LOAN ASS   CURRENT MORTG        .00            .00            .00
WORLD SAVINGS & LOAN ASS   MORTGAGE ARRE   37901.05            .00        7365.63
INTERNAL REVENUE SERVICE   PRIORITY         4098.74            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        1191.35            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00            .00
BANK ONE LINE OF CREDIT    UNSECURED      NOT FILED            .00            .00
RESURGENT ACQUISITION LL   UNSECURED       15127.32            .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED            .00            .00
CHICAGO TRIBUNE            UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OD REVENUE   UNSECURED      NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        8397.00            .00            .00
ENTERPRISE RENT A CAR      UNSECURED      NOT FILED            .00            .00
JON N WILL & ASSOCIATES    UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1928.99            .00            .00
PETRONILO R COSTA MD       UNSECURED      NOT FILED            .00            .00
PHILLIP ELMES              UNSECURED      NOT FILED            .00            .00
RICHARD KAUFMAN MD         UNSECURED        5388.00            .00            .00
UNIVERSITY OF CHICAGO HO   UNSECURED      NOT FILED            .00            .00
UIC MEDICAL CENTER         UNSECURED      NOT FILED            .00            .00
VERIZON WIRELESS           UNSECURED      NOT FILED            .00            .00
COHEN & KROL               DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                         470.40
DEBTOR REFUND              REFUND                                        1,165.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 24571 GEORGE S COOLEY & LOUISE S COOLEY
```

```
TRUSTEE                                 9,565.00

PRIORITY                                                      .00
SECURED                                                  7,929.60
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                       470.40
DEBTOR REFUND                                            1,165.00
                                ----------------   ----------------
TOTALS                                  9,565.00         9,565.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/29/06                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                  PAGE   2
        CASE NO. 05 B 24571 GEORGE S COOLEY & LOUISE S COOLEY