UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GEORGE S & LOUISE S COOLEY, | ) | Case No. 05-24571-JPC |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

**Trustee's Final Report**

To:   The Honorable Jacqueline P. Cox
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on June 21, 2005 under chapter 13 of the Code.  Thereafter, the case was converted to one under chapter 7 of the Code and Joseph A. Baldi, Trustee was appointed Trustee on the March 21, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of March 30, 2009 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $41,687.02 |
| b. | DISBURSEMENTS (See Exhibit C) | $563.56 |
| c. | NET CASH available for distribution | $41,123.46 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.   Trustee compensation requested | $4,918.70 |
| | 2.   Trustee Expenses | $0.00 |
| | 3.   Compensation requested by attorney or other professionals | |

for trustee

|  |  |  |
|---|---|---|
| (a.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $11,859.00 |
| (b.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | $1,608.32 |
| (c.) | Popowcer Katten, Ltd *Accountant for Trustee Fees (Other Firm)* | $1,290.00 |

5.      The Bar Date for filing unsecured claims expired on September 28, 2006.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|  |  |  |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $20,202.02 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $4,098.74 |
| e. | Allowed unsecured claims | $36,052.66 |

7.      Trustee proposes that unsecured creditors receive a distribution of 48.12% of allowed claims.

8.      The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| <u>JOSEPH A. BALDI, TRUSTEE</u> *Trustee Compensation* | $0.00 | $4,918.70 | $0.00 |
| <u>JOSEPH A. BALDI & ASSOCIATES, P.C.</u> *Attorney for Trustee* | $0.00 | $11,859.00 | $1,608.32 |
| <u>POPOWCER KATTEN, LTD</u> *Accountant for Trustee* | $0.00 | $1,290.00 | $0.00 |

9.    A fee of $2,206.00 was paid to Debtors' Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE:  __March 31, 2008_____      /s/Joseph A. Baldi, Trustee_____
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

**Tasks Completed by Trustee**

**Exhibit A**

## EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A.    Trustee investigated the Debtors' interest in the two parcels of real property commonly known as 11732 S. Prairie, Chicago, IL ("Prairie Property") and 5201 S. Dorchester, Chicago, IL ("Dorchester Property") (collectively, the "Properties"); Trustee and his agents expended considerable efforts to liquidate both properties but was unable to consummate a sale for either of the Properties; Trustee retained a realtor to assist in the marketing of the Properties; Trustee received an offer to purchase the Prairie Property; Trustee directed his attorneys to prepare a Motion to Sell the Property; prior to the filing of the motion to sell, the prospective buyer notified the Trustee that he was unable to obtain financing and would not be able to close the sale of the Prairie Property; Trustee consulted with his attorneys to comply with the canceled contract and, ultimately, returned the earnest money deposited with the Trustee;  Trustee secured and maintained the Dorchester Property which was subject to assertions of code violations by law enforcement agencies; Trustee, through the efforts of his real estate broker, received an offer to purchase the Dorchester Property which would have resulted in a short sale; Trustee directed his attorneys to prepare and present a Motion to Sell the Dorchester Property and negotiated with the secured lenders to agree to the sale of the Dorchester Property; pursuant to this Court's order dated March 6, 2007, Trustee was authorized to sell the Dorchester Property; nevertheless, the secured lenders were unable to agree to a short sale and, thereafter, the secured creditors of the Dorchester Property were granted relief from the automatic stay;

B.    Trustee investigated the Debtors' interest in the stock of Sun Life Financial ("Stock") which stock certificates were lost; Trustee executed various documents and complied with various protocols necessary to effectuate the liquidation of the Stock; Trustee directed his attorneys to represent him in the liquidation of the Stock and to verify the proper

and complete liquidation thereof; Trustee collected in excess of $40,000 on account of the sale of Stock;

C.      Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.      Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F.      Trustee examined proofs of claim filed against the Estate; Trustee obtained the withdrawal of certain improperly filed secured claims;

G.      Trustee analyzed the tax issues of the Estate; Trustee retained an accountant and oversaw the preparation of Estate tax returns; and

H.      Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**EXHIBIT A**

**Form I**

**Individual Estate Property Record and Report**

**Exhibit B**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No          05-24571    JPC    Judge: Jacqueline P. Cox
Case Name:       COOLEY, GEORGE S
                 COOLEY, LOUISE S
For Period Ending: 03/30/09

Trustee Name:                          Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c):       03/21/06 (c)
341(a) Meeting Date:                   05/23/06
Claims Bar Date:                       09/28/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - 5201 S. Dorchester | 495,000.00 | 0.00 | | 0.00 | FA |
| Debtor's residence - unable to sell for amount needed to pay liens and costs, stay lifted. | | | | | |
| 2. Real Property - 11732 S. Prairie, Chicago, IL | 78,000.00 | 0.00 | | 0.00 | FA |
| Unable to sell for amount sufficient to pay liens and costs.  Stay lifted. Earnest money returned. | | | | | |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking, Savings Accounts | 0.00 | 0.00 | | 0.00 | FA |
| University National Bank checking account | | | | | |
| 5. Household Goods & Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 Beds, 4 Dressers, dining room table & chairs, 2 china cabinets, 6 TV's, washer & dryer, kitchen appliances | | | | | |
| 6. Books and Art Objects | 250.00 | 0.00 | | 0.00 | FA |
| Miscellaneous books & pictures, various collections | | | | | |
| 7. Furs & Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Normal wearing apparel | | | | | |
| 9. Interests-IRA, ERISA, KEOGH, & etc | 0.00 | 0.00 | | 0.00 | FA |
| City of Chicago pension | | | | | |
| 10. Interests-IRA, ERISA, KEOGH, & etc | 0.00 | 0.00 | | 0.00 | FA |
| Chicago Park District | | | | | |
| 11. Insurance Payment for Automobile | 0.00 | 0.00 | | 0.00 | FA |
| 12. Automobiles and Other Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| Mercury Grand Marquis | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 48.09 | Unknown |
| 14. STOCK (u) | 0.00 | 43,400.00 | | 41,638.93 | FA |

LFORM1

Ver. 14.30

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Case No:   05-24571   JPC   Judge: Jacqueline P. Cox
Case Name:   COOLEY, GEORGE S
           COOLEY, LOUISE S

Trustee Name:   Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c):   03/21/06 (c)
341(a) Meeting Date:   05/23/06
Claims Bar Date:   09/28/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 877 shares of Sun Life Canada, not scheduled, certificate lost. Applying for certificate, will sell once received | | | | | |
| TOTALS (Excluding Unknown Values) | $576,550.00 | $43,400.00 | | $41,687.02 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had interest in (2) Properties. Tentative sale of Prairie fell through and automatic stay lifted. Trustee pursued sale of debtor's residence, unable to generate offer sufficient to pay liens and homestead exemption. Refunded earnest money deposit in February 2007; Discovered debtor owned 877 shares of Sun Life Canada stock worth $40,000 or more. Trustee liquidated. Will employ accountants to prepare Estate tax returns and review and analyze claims. Upon resolution of any claim objections and the filing of Estate tax returns, Trustee will file final report.

Initial Projected Date of Final Report (TFR): 09/01/08   Current Projected Date of Final Report (TFR): 09/01/09

LFORM1

**Form II**

**Estate Cash Receipts and Disbursements Record**

**Exhibit C**

Page: 1

Ver: 14.30

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-24571 -JPC
Case Name: COOLEY, GEORGE S
COOLEY, LOUISE S
Taxpayer ID No: *******1701
For Period Ending: 03/30/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0588 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/06 | 2 | CHARTER ONE JP MORGAN CHASE BANK, N.A. DENVER, CO | Earnest money deposit | 1110-000 | 2,200.00 | | 2,200.00 |
| 11/30/06 | 13 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.80 | | 2,2 |
| 12/29/06 | 13 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.87 | | 2,2 |
| 01/31/07 | 13 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.87 | | 2,2 |
| 02/08/07 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.42 | | 2,2 |
| 02/08/07 | | Transfer from Acct #*******0737 | Bank Funds Transfer | 9999-000 | 2,205.54 | | 4,4 |
| | | | Retransferred funds to be able to post and pickup mid-month interest to repay to debtor with return of funds. | | | | |
| 02/08/07 | | Transfer to Acct #*******0737 | Bank Funds Transfer | 9999-000 | | 2,205.54 | 2,2 |
| | | | Return downpayment and interest to D as a result of failed contract. | | | | |
| 02/08/07 | | Transfer to Acct #*******0737 | Final Posting Transfer | 9999-000 | | 2,205.96 | 0 |
| | | | Post final interest to transfer back to debtor with return of funds. | | | | |

| Account *******0588 | | | | |
|---|---|---|---|---|
| | Balance Forward | | 0.00 | |
| 1 | Deposits | | 2,200.00 | 0 Checks | 0.00 |
| 4 | Interest Postings | | 5.96 | 0 Adjustments Out | 0.00 |
| | Subtotal | $ | 2,205.96 | 2 Transfers Out | 4,411.50 |
| 0 | Adjustments In | | 0.00 | Total | $ 4,411.50 |
| 1 | Transfers In | | 2,205.54 | | |
| | Total | $ | 4,411.50 | | |

LFORM274

Page: 2

Ver: 14.30

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-24571 -JPC |
| Case Name: | COOLEY, GEORGE S |
| | COOLEY, LOUISE S |
| Taxpayer ID No: | *******1701 |
| For Period Ending: | 03/30/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0737  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/07 | | Transfer from Acct #********0588 | Bank Funds Transfer | 9999-000 | 2,205.54 | | 2,205.54 |
| 02/08/07 | | Transfer from Acct #********0588 | Return downpayment and interest to D as a result of failed contract | 9999-000 | 2,205.96 | | 4,4 |
| 02/08/07 | | | Transfer In From MMA Account Post final interest to transfer back to debtor with return of funds. | | | | 2,2 |
| 02/08/07 | 001001 | Mr. Eugene Joneson | Refund of Earnest Money Deposit for 11732. S. Prairie, Chicago, IL. | 8500-000 | | 2,205.96 | 0.0 |
| 02/08/07 | | Transfer to Acct #********0588 | Bank Funds Transfer Retransferred funds to be able to post and pickup mid-month interest to repay to debtor with return of funds | 9999-000 | | 2,205.54 | 0.0 |
| 07/21/08 | | Transfer from Acct #********5957 | Bank Funds Transfer Transfer funds to Morgan Stanley to repay dividend erroneously issued to estate (Stock was sold prior to ex-dividend date). | 9999-000 | 268.02 | | 26 |
| 07/21/08 | 001002 | Morgan Stanley & Co., Incorporated c/o Richard Brendza 70 W. Madison Street Chicago  IL  60602 | Return of Sun Life Dividend Issued in error following sale of stock prior to ex-dividend date Returning amount of dividend erroneously issued following sale of Sun Life stock prior to ex-dividend date | 8500-000 | | 268.02 | 0.0 |
| 02/17/09 | | Transfer from Acct #********5957 | Bank Funds Transfer | 9999-000 | 37.56 | | 37.5 |
| 02/17/09 | 001003 | International Sureties, Ltd. 701 Poydras Street #420 New Orleans, LA 70139 | 2009 Bond Premium Payment Bond No. 016026455 | 2300-000 | | 37.56 | 0.00 |
| 03/26/09 | | Transfer from Acct #********5957 | Bank Funds Transfer | 9999-000 | 526.00 | | 526.0 |
| 03/26/09 | 001004 | ILLINOIS DEPT. OF REVENUE | TRansfer funds to pay estate's Illinois state income tax.  ectMarch 26, 2009, 05:03 pm IL 1041 -V | 2820-000 | | 263.00 | 263.00 |

LFFORM2T4

Page: 3

Ver. 14.30

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 05-24571 -JPC
Case Name: COOLEY, GEORGE S
COOLEY, LOUISE S
Taxpayer ID No: *******1701
For Period Ending: 03/30/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0737  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | 75-6801701 | | | | 0.00 |
| 03/26/09 | 001005 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | IL 1041 - V 2008 26-6824862 | 2820-000 | | 263.00 | |

Account *******0737

| | Balance Forward | | 3,037.54 |
|---|---|---|---|
| 0 | Deposits | 0.00 | |
| 0 | Interest Postings | 0.00 | 0.00 |
| | | | 2,205.54 |
| | Subtotal | $ 0.00 | |
| 0 | Adjustments In | 0.00 | |
| 5 | Transfers In | 5,243.08 | $ 5,243.54 |
| | Total | $ 5,243.08 | |

| 5 | Checks | 3,037.54 |
|---|---|---|
| 0 | Adjustments Out | 0.00 |
| 1 | Transfers Out | 2,205.54 |
| | Total | $ 5,243.54 |

LFORM27H

Page: 4

Ver: 14.30

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-24571 -JPC
Case Name: COOLEY, GEORGE S
COOLEY, LOUISE S
Taxpayer ID No: *******1701
For Period Ending: 03/30/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: ********5957 Money Market Account (Interest Ear...

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/08 | 14 | George S Cooley | Stock sale proceeds | 1129-000 | 41,638.93 | | 41,638.93 |
| 03/31/08 | 13 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.08 | | 41,642.01 |
| 04/01/08 | 13 | Sun Life Financial Inc. c/o Canada Imperial Bank of Commerce Main Branch - Commerce Court Toronto Ontario M5L 1G9 CANADA | DIVIDEND PAID | 1280-000 | | -268.02 | 41,910.03 |
| 04/30/08 | 13 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 8.58 | | 41,918.61 |
| 05/30/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.32 | | 41,923.93 |
| 06/30/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.16 | | 41,929.09 |
| 07/21/08 | 13 | Transfer to Acct #******0737 | Bank Funds Transfer / Transfer funds to Morgan Stanley to repay dividend erroneously issued to estate (Stock was sold prior to ex-dividend date). | 9999-000 | | 268.02 | 41,661.07 |
| 07/31/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.31 | | 41,666.38 |
| 08/29/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.29 | | 41,671.67 |
| 09/30/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.13 | | 41,676.80 |
| 10/31/08 | 13 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 4.04 | | 41,680.84 |
| 11/28/08 | 13 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.41 | | 41,684.25 |
| 12/31/08 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 2.10 | | 41,686.35 |
| 01/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 41,686.70 |
| 02/17/09 | | Transfer to Acct #******0737 | Bank Funds Transfer | 9999-000 | | 37.56 | 41,649.14 |
| 02/27/09 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 41,649.46 |
| 03/26/09 | | Transfer to Acct #******0737 | Bank Funds Transfer / TRansfer funds to pay estate's Illinois state income tax.  ecbMarch 26, 2009, 05:03 pm | 9999-000 | | 526.00 | 41,123.46 |

LFORM2T4

Page: 5

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No.: 05-24571 -JPC
Case Name: COOLEY, GEORGE S
COOLEY, LOUISE S

Taxpayer ID No: *******1701
For Period Ending: 03/30/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******5957 Money Market Account (Interest East

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | **Account *******5957** | | | | |
| | | | Balance Forward | | 0.00 | | -268.02 |
| | | | 2 Deposits | | 41,638.93 | 0 Checks | 0 |
| | | | 12 Interest Postings | | 48.09 | 0 Adjustments Out | 831 |
| | | | | | | 3 Transfers Out | |
| | | | Subtotal | $ | 41,687.02 | Total | $ 563 |
| | | | 0 Adjustments In | | 0.00 | | |
| | | | 0 Transfers In | | 0.00 | | |
| | | | Total | $ | 41,687.02 | | |
| | | | **Report Totals** | | | | |
| | | | Balance Forward | | 0.00 | | 2,769. |
| | | | 3 Deposits | | 43,838.93 | 5 Checks | 0 |
| | | | 16 Interest Postings | | 54.05 | 0 Adjustments Out | 7,448. |
| | | | | | | 6 Transfers Out | |
| | | | Subtotal | $ | 43,892.98 | Total | $ 10,218.14 |
| | | | 0 Adjustments In | | 0.00 | | |
| | | | 6 Transfers In | | 7,448.62 | | |
| | | | Total | $ | 51,341.60 | Net Total Balance | $ 41,123.46 |

LFORM24TF4

Ver: 14.30

**Proposed Distribution Report**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GEORGE S & LOUISE S COOLEY, | ) | Case No. 05-24571-JPC |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

### PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $19,676.02 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $4,098.74 |
| General Unsecured Claims: | $17,348.70 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $41,123.46 |

**EXHIBIT D**

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $20,202.02 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee | $4,918.70 | $4,918.70 |
| | *Trustee Compensation* | | |
| | Illinois Dept. Of Revenue | $526.00 | $0.00 |
| | *Other State or Local Taxes* | | |
| | Joseph A. Baldi & Associates, P.C. | $11,859.00 | $11,859.00 |
| | *Attorney for Trustee Fees* | | |
| | Joseph A. Baldi & Associates, P.C. | $1,608.32 | $1,608.32 |
| | *Attorney for Trustee Expenses* | | |
| | Popowcer Katten, Ltd | $1,290.00 | $1,290.00 |
| | *Accountant for Trustee Fees* | | |
| | **CLASS TOTALS** | **$20,202.02** | **$19,676.02** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00% |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00% |

**EXHIBIT D**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00% |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 4,098.74 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000009B | Department Of The Treasury- Internal Claims of Governmental Units-- 507 | $4,098.74 | $4,098.74 |
| | CLASS TOTALS | $4,098.74 | $4,098.74 |

EXHIBIT D

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 36,052.66 | 48.12% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | Discover Bank | $8,397.00 | $4,040.67 |
| | General Unsecured 726 | | |
| 000003 | Richard I. Kaufman, DDS | $5,388.00 | $2,592.73 |
| | General Unsecured 726 | | |
| 000004 | Peoples Gas Light & Coke Co. | $1,928.99 | $928.24 |
| | General Unsecured 726 | | |
| 000008 | LVNVFunding LLC., | $15,127.32 | $7,279.33 |
| | General Unsecured 726 | | |
| 000009A | Department Of The Treasury-IRS | $1,191.35 | $573.28 |
| | General Unsecured 726 | | |
| 000010 | Jon N Will & Associates, Inc | $420.00 | $202.11 |
| | General Unsecured 726 | | |
| 000011 | Julia Klugman | $600.00 | $288.72 |
| | General Unsecured 726 | | |
| 000012 | Bruce Sagan | $3,000.00 | $1,443.62 |
| | General Unsecured 726 | | |
| | CLASS TOTALS | $36,052.66 | $17,348.70 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00% |

**EXHIBIT D**

| **14. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| **15. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

**EXHIBIT D**

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 000005 | Charter One Bank, N.A. c/o Weltman, Weinberg & Reis Co., L.P.A. 1419 Lake Cook Road Suite 480 Deerfield, IL 60015 | 0.00 | WITHDRAWN |
| S | 000006 | World Savings P.O. Box 659558 San Antonio, TX 78265-9558 Attn Bankruptcy Dept | 0.00 | WITHDRAWN |
| S | 000007 | Shorebank c/o Alfreda Roberson Mortgage Lending Department 7054 S. Jeffery Blvd. Chicago, IL 60649 | 0.00 | WITHDRAWN |
| S | 000013 | World Savings P.O. Box 659558 San Antonio, TX 78265-9558 Attn Bankruptcy Dept | 0.00 | WITHDRAWN |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 31, 2009                    /s/Joseph A. Baldi, Trustee

**EXHIBIT D**