UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| GEORGE S & LOUISE S COOLEY, ) | | Case No. 05-24571-JPC |
| ) | | |
| Debtors. ) | | Hon. Jacqueline P. Cox |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL 60604

    On: **May 20, 2009**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $41,687.02 |
    | Disbursements | $563.56 |
    | Net Cash Available for Distribution | $41,123.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Expenses Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $4,918.70 | $0.00 |
    | ILLINOIS DEPT. OF REVENUE<br>*Other State or Local Taxes* | $526.00 | $0.00 | $0.00 |
    | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $0.00 | $11,859.00 | $1,608.32 |
    | POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $1,290.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: Not Applicable

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>4,098.74</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000009B | Department Of The Treasury-IRS | $4,098.74 | $4,098.74 |

7. Claims of general unsecured creditors totaling $36,052.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 48.12%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Discover Bank | $8,397.00 | $4,040.67 |
| 000003 | Richard I. Kaufman, DDS | $5,388.00 | $2,592.73 |
| 000004 | Peoples Gas Light & Coke Co. | $1,928.99 | $928.24 |
| 000008 | LVNV Funding LLC | $15,127.32 | $7,279.33 |
| 000009A | Department Of The Treasury- IRS | $1,191.35 | $573.28 |
| 000010 | Jon N Will & Associates, Inc | $420.00 | $202.11 |
| 000011 | Julia Klugman | $600.00 | $288.72 |
| 000012 | Bruce Sagan | $3,000.00 | $1,443.62 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **April 17, 2009**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee: Joseph A. Baldi
Address: 19 S. LaSalle St., Suite 1500
         Chicago, IL  60603
Phone No.: (312) 726-8150