UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| GEORGE S & LOUISE S COOLEY, ) | | Case No. 05-24571-JPC |
| ) | | |
| Debtors. ) | | Hon. Jacqueline P. Cox |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL 60604

    On: **May 20, 2009**            Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $41,687.02 |
    | Disbursements | $563.56 |
    | Net Cash Available for Distribution | $41,123.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Expenses Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $4,918.70 | $0.00 |
    | ILLINOIS DEPT. OF REVENUE<br>*Other State or Local Taxes* | $526.00 | $0.00 | $0.00 |
    | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $0.00 | $11,859.00 | $1,608.32 |
    | POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $1,290.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: Not Applicable

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,098.74 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000009B | Department Of The Treasury-IRS | $4,098.74 | $4,098.74 |

7. Claims of general unsecured creditors totaling $36,052.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 48.12%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Discover Bank | $8,397.00 | $4,040.67 |
| 000003 | Richard I. Kaufman, DDS | $5,388.00 | $2,592.73 |
| 000004 | Peoples Gas Light & Coke Co. | $1,928.99 | $928.24 |
| 000008 | LVNV Funding LLC | $15,127.32 | $7,279.33 |
| 000009A | Department Of The Treasury- IRS | $1,191.35 | $573.28 |
| 000010 | Jon N Will & Associates, Inc | $420.00 | $202.11 |
| 000011 | Julia Klugman | $600.00 | $288.72 |
| 000012 | Bruce Sagan | $3,000.00 | $1,443.62 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **April 17, 2009**                    For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:     Joseph A. Baldi
Address:    19 S. LaSalle St., Suite 1500
            Chicago, IL  60603
Phone No.:  (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 17, 2009
Case: 05-24571                 Form ID: pdf002              Total Served: 40

The following entities were served by first class mail on Apr 19, 2009.
db/jdb        +George S Cooley,    Louise S Cooley,    5201 South Dorchester Avenue,    Chicago, IL 60615-4107
aty           +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
                Chicago, IL 60603-1413
aty           +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
aty           +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty            Marc C Scheinbaum,    Scheinbaum & West, LLC,    P. O. Box 5009,    Vernon Hills, IL  60061-5009
tr            +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
9477366        Bank One,    Blatt Hasenmiller Leibsker & Moore,    125 South Wacker Drive Suite 400,
                Chicago, IL 60606-4440
9477367       +Bank One Line of Credit,    mail code M13-8808,    5445 Ali Drive,    Grand Blanc, MI 48439-5172
9477368        BankOne,    P.O. Box 3211,    7271,    Milwaukee, WI 53201-3211
9477369        Bankone Delaware, NA,    P.O. Box 50882,    Henderson, NV 89016-0882
10831905      +Bruce Sagan,    815 W Van Buren #550,    Chicago, IL 60607-3559
9608586       +Charter One Bank, N.A.,    c/o Weltman, Weinberg & Reis Co., L.P.A.,    1419 Lake Cook Road,
                Suite 480,    Deerfield, IL 60015-5228
9477370        Charter One Mortgage,    P.O. Box 20411,    Rochester, NY 14602-0411
9477372        Chciago Tribune,    North Shore Agency,    P.O. Box 8901,    Westbury, NY 11590-8901
9477373        Chicago Department of Revenue,    Remittance Center,    P.O. Box 88292,    Chicago, IL 60680-1292
9477374        Chicago Department of Revenue,    Arnold Scott Harris, PC,    P.O. Box 5625,
                Chicago, IL 60680-5625
9477375        Chicago Tribune,    P.O. Box 6490,    Chicago, IL 60680-6490
9477376        City of Chicago,    Department of Revenue,    P.O. Box 88292,    Chicago, IL 60680-1292
9477377        City of Chicago,    Linebarger Goggan Blair & Sampson L,    P.O. Box 06152,
                Chicago, IL 60606-0152
9477379        Discover Financial,    National Action Financial Services,    P.O. Box 9027,
                Buffalo, NY 14231-9027
9477380       +Enterprise Rent A Car,    P.O. Box 1298,    Matteson, IL 60443-4298
9477381       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9477385        Jon N Will & Associates, Inc,    1525 East 53rd #526,    Chicago, IL 60615-4575
10831896      +Julia Klugman,    4112 S Harrison,    Ft Wayne, IN 46807-2422
9477386        Peoples Energy,    Chicago, IL 60687-0001
9553193       +Peoples Gas Light & Coke Co.,    130 E Randolph,   Dr. Chicago, IL 60601-6207
9477387       +Petronilo R. Costa MD, SC,    420 Lake Cook Road,    Deerfield, IL 60015-5646
9477388       +Phillip Elmes,    1945 Redwood Lane,    Northbrook, IL 60062-3626
9477389        Richard I. Kaufman, DDS,    Luis R. Kaufman DDS,    1525 East 53rd Street Suite 734,
                Chicago, IL 60615-4575
9477390       +Shore Bank,    11732 South Prairie,    Chicago, IL 60628-5637
9477391       +Shorebank,    7936 South Cottage Grove,    Chicago, IL 60619-3990
10144800      +Shorebank,    c/o Alfreda Roberson,    Mortgage Lending Department,    7054 S. Jeffery Blvd.,
                Chicago, IL 60649-2046
9477392        The University of Chicago Hospital,    5201 Sout hDorchester,    Chicago, IL 60615
9477393        University of Illinois Medical Cent,    135 South LaSalle Dept 8332,    Chicago, IL 60674-8332
9477395       +Verizon Wireless,    Progressive Management Systems,    P.O. Box 2220,    West Covina, CA 91793-2220
9477394        Verizon Wireless,    NCO Financial,    P.O. Box 41421 Department #37,    Philadelphia, PA 19101-4142
9477396       ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
                SAN ANTONIO TX 78251-4201
               (address filed with court: World Savings,    P.O. Box 659558,    San Antonio, TX 78265-9558,
                Attn Bankruptcy Dept)
9477397       +World Savings Bank,    Pierce & Associates,    1 North Dearborn,    Chicago, IL 60602-4373
The following entities were served by electronic transmission on Apr 18, 2009.
9477378        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2009 04:29:25      Discover Bank,
                P.O. Box  8003,    Hilliard, OH 43026
10167428       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC., its successors and assigns, as,    Resurgent Capital Services,
                P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Dorothy Harmon
aty            ReMax Preferred Brokers
aty*          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
9477371*       Charter One Mortgage,    P.O. Box 20411,    Rochester, NY 14602-0411
9477398*      +World Savings Bank,    Pierce & Associates,    1 North Dearborn,    Chicago, IL 60602-4373
                                                                                              TOTALS: 2, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Apr 17, 2009
Case: 05-24571                Form ID: pdf002          Total Served: 40

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                              **Signature:**   *Joseph Speetjens*