# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-24571 JPC |
| COOLEY, GEORGE S | § | |
| COOLEY, LOUISE S | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on             , and it was converted to chapter 7 on             .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mr. Eugene Joneson |  |  |  |
| Morgan Stanley & Co., Incorporated |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charter One Mortgage | | | | | |
| Charter One Mortgage | | | | | |
| Shore Bank | | | | | |
| World Savings Bank | | | | | |
| World Savings Bank | | | | | |
| CHARTER ONE BANK, N.A. | | | | | |
| SHOREBANK | | | | | |
| WORLD SAVINGS | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRS | | | | | |
| IRS | | | | | |
| IRS | | | | | |
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One | | | | | |
| Bank One Delaware | | | | | |
| Chicago Dept. of Revenue | | | | | |
| Chicago Tribune | | | | | |
| City of Chicago | | | | | |
| Discover | | | | | |
| Enterprise Rent-A-Car | | | | | |
| Jon N. Will & Assoc. | | | | | |
| Peoples Energy | | | | | |
| Petronilo Costa, MD | | | | | |
| Phillip Elmes | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard Kaufman, DDS | | | | | |
| U of C Hospital | | | | | |
| UIC Medical Center | | | | | |
| Verizon Wireless | | | | | |
| BRUCE SAGAN | | | | | |
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| DISCOVER BANK | | | | | |
| JON N WILL & ASSOCIATES, INC | | | | | |
| JULIA KLUGMAN | | | | | |
| LVNV FUNDING LLC., ITS SUCCESSORS A | | | | | |
| PEOPLES GAS LIGHT & COKE CO. | | | | | |
| RICHARD I. KAUFMAN, DDS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:     1

| Case No: | 05-24571 | JPC   Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | COOLEY, GEORGE S | | | Date Filed (f) or Converted (c): | 03/21/06 (c) |
| | COOLEY, LOUISE S | | | 341(a) Meeting Date: | 05/23/06 |
| For Period Ending: | 07/23/09 | | | Claims Bar Date: | 09/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - 5201 S. Dorchester | 495,000.00 | 0.00 | | 0.00 | FA |
| Debtor's residence - unable to sell for amount needed to pay liens and costs, stay lifted. | | | | | |
| 2. Real Property - 11732 S. Prairie, Chicago, IL | 78,000.00 | 0.00 | | -2,200.00 | FA |
| Unable to sell for amount sufficient to pay liens and costs.  Stay lifted.  Earnest money returned. | | | | | |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking, Savings Accounts | 0.00 | 0.00 | | 0.00 | FA |
| University National Bank checking account | | | | | |
| 5. Household Goods & Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 Beds, 4 Dressers, dining room table & chairs, 2 china cabinets, 6 TV's, washer & dryer, kitchen appliances | | | | | |
| 6. Books and Art Objects | 250.00 | 0.00 | | 0.00 | FA |
| Miscellaneous books & pictures, various collections | | | | | |
| 7. Furs & Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Normal wearing apparel | | | | | |
| 9. Interests-IRA, ERISA, KEOGH, & etc | 0.00 | 0.00 | | 0.00 | FA |
| City of Chicago  pension | | | | | |
| 10. Interests-IRA, ERISA, KEOGH, & etc | 0.00 | 0.00 | | 0.00 | FA |
| Chicago Park District | | | | | |
| 11. Insurance Payment for Automobile | 0.00 | 0.00 | | 0.00 | FA |
| 12. Automobiles and Other Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| Mercury Grand Marquis | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 49.98 | Unknown |
| 14. STOCK (u) | 0.00 | 43,400.00 | | 41,638.93 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| | |
|---|---|
| Case No:   05-24571   JPC   Judge: Jacqueline P. Cox | Trustee Name:   Joseph A. Baldi, Trustee |
| Case Name:   COOLEY, GEORGE S | Date Filed (f) or Converted (c):   03/21/06 (c) |
| COOLEY, LOUISE S | 341(a) Meeting Date:   05/23/06 |
| | Claims Bar Date:   09/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 877 shares of Sun Life Canada, not scheduled, certificate lost.  Applying for certificate, will sell once received | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $576,550.00      $43,400.00            $39,488.91            $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had interest in (2) Properties.  Tentative sale of Prairie fell through and automatic stay lifted.  Trustee pursued sale of debtor's residence,

unable to generate offer sufficient to pay liens and homestead exemption.  Refunded earnest money deposit in February 2007;  Discovered debtor owned

877 shares of Sun Life Canada stock worth $40,000 or more.  Trustee liquidated.  Will employ accountants to prepare Estate tax returns and review and

analyze claims.  Claims resolved, tax returns filed.

Initial Projected Date of Final Report (TFR): 09/01/08          Current Projected Date of Final Report (TFR): 09/01/09

FORM 2

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-24571  -JPC |
| Case Name: | COOLEY, GEORGE S |
| | COOLEY, LOUISE S |
| Taxpayer ID No: | *******1701 |
| For Period Ending: | 07/23/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0588  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/06 | | CHARTER ONE | ernest money for canceled sale | 1280-000 | | -2,200.00 | 2,200.00 |
| | | JP MORGAN CHASE BANK, N.A. | | | | | |
| | | DENVER, CO | | | | | |
| | | | Memo Amount:          0.00 | | | | |
| 11/30/06 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.80 | | 2,201.80 |
| 12/29/06 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.87 | | 2,203.67 |
| 01/31/07 | 13 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 1.87 | | 2,205.54 |
| 02/08/07 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.42 | | 2,205.96 |
| 02/08/07 | | Transfer from Acct #*******0737 | Bank Funds Transfer | 9999-000 | 2,205.54 | | 4,411.50 |
| | | | Retransferred funds to be able to post and pickup | | | | |
| | | | mid-month interest to repay to debtor with return of | | | | |
| | | | funds. | | | | |
| 02/08/07 | | Transfer to Acct #*******0737 | Bank Funds Transfer | 9999-000 | | 2,205.54 | 2,205.96 |
| | | | Return downpayment and interest to D as a result of | | | | |
| | | | failed contract. | | | | |
| 02/08/07 | | Transfer to Acct #*******0737 | Final Posting Transfer | 9999-000 | | 2,205.96 | 0.00 |
| | | | Post final interest to transfer back to debtor with return | | | | |
| | | | of funds. | | | | |

| Account   *******0588 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 0.00 | 0 | Checks | -2,200.00 |
| | 4 | Interest Postings | 5.96 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 4,411.50 |
| | | Subtotal | $    5.96 | | | |
| | | | | | Total | $    2,211.50 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 2,205.54 | | | |
| | | Total | $    2,211.50 | | | |

Ver: 14.31c

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-24571  -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | COOLEY, GEORGE S | | Bank Name: | Bank of America, N.A. |
| | COOLEY, LOUISE S | | Account Number / CD #: | *******0737  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1701 | | | |
| For Period Ending: | 07/23/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/07 | | Transfer from Acct #*******0588 | Bank Funds Transfer | 9999-000 | 2,205.54 | | 2,205.54 |
| | | | Return downpayment and interest to D as a result of failed contract. | | | | |
| 02/08/07 | | Transfer from Acct #*******0588 | Transfer In From MMA Account | 9999-000 | 2,205.96 | | 4,411.50 |
| | | | Post final interest to transfer back to debtor with return of funds. | | | | |
| 02/08/07 | 001001 | Mr. Eugene Joneson | Refund of Earnest Money Deposit for 11732. S. Prairie, Chicago, IL | 8500-000 | | 2,205.96 | 2,205.54 |
| 02/08/07 | | Transfer to Acct #*******0588 | Bank Funds Transfer | 9999-000 | | 2,205.54 | 0.00 |
| | | | Retransferred funds to be able to post and pickup mid-month interest to repay to debtor with return of funds. | | | | |
| 07/21/08 | | Transfer from Acct #*******5957 | Bank Funds Transfer | 9999-000 | 268.02 | | 268.02 |
| | | | Transfer funds to Morgan Stanley to repay dividend erroneoulsy issued to estate (Stock was sold prior to ex-dividend date). | | | | |
| 07/21/08 | 001002 | Morgan Stanley & Co., Incorporated c/o Richard Brendza 70 W. Madison Street Chicago  IL  60602 | Return of  Sun Life Dividend Issued in error following sale of stock prior to ex-dividend date Returning amount of dividend erroneously issued following sale of Sun Life stock prior to ex-dividend date | 8500-000 | | 268.02 | 0.00 |
| 02/17/09 | | Transfer from Acct #*******5957 | Bank Funds Transfer | 9999-000 | 37.56 | | 37.56 |
| 02/17/09 | 001003 | International Sureties, Ltd. 701 Poydras Street  #420 New Orleans, LA 70139 | 2009 Bond Premium Payment Bond No. 016026455 | 2300-000 | | 37.56 | 0.00 |
| 03/26/09 | | Transfer from Acct #*******5957 | Bank Funds Transfer | 9999-000 | 526.00 | | 526.00 |
| | | | TRansfer funds to pay estate's  Illinois state income tax.  ecbMarch 26, 2009, 05:03 pm | | | | |
| 03/26/09 | 001004 | ILLINOIS DEPT. OF REVENUE | IL 1041 -V | 2820-000 | | 263.00 | 263.00 |

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-24571  -JPC | |
| Case Name: | COOLEY, GEORGE S | |
| | COOLEY, LOUISE S | |
| Taxpayer ID No: | *******1701 | |
| For Period Ending: | 07/23/09 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0737  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. BOX 19009 | 75-6801701 | | | | |
| | | SPRINGFIELD, IL 62794-9009 | | | | | |
| 03/26/09 | 001005 | ILLINOIS DEPT. OF REVENUE | IL 1041 -V 2008 | 2820-000 | | 263.00 | 0.00 |
| | | P.O. BOX 19009 | 26-6824862 | | | | |
| | | SPRINGFIELD, IL 62794-9009 | | | | | |
| 05/20/09 | | Transfer from Acct #*******5957 | Transfer In From MMA Account | 9999-000 | 41,125.35 | | 41,125.35 |
| | | | Transfer funds for final distribution.  ecb  May 20, 2009, 11:50 am | | | | |
| 05/20/09 | 001006 | JOSEPH A. BALDI , as Trustee | Final TR Compensation | 2100-000 | | 4,918.70 | 36,206.65 |
| | | 19 S. LaSalle Street | Per Ct Order dtd 5/20/09 | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| 05/20/09 | 001007 | Joseph A. Baldi & Associates, P.C. | TR Atty Final Compensation | 3110-000 | | 11,859.00 | 24,347.65 |
| | | 19 S. LaSalle St.  #1500 | Per Ct Order dtd 5/20/09 | | | | |
| | | Chicago  IL  60603 | | | | | |
| 05/20/09 | 001008 | Joseph A. Baldi & Associates, P.C. | Final Expense Reimbursement | 3120-000 | | 1,608.32 | 22,739.33 |
| | | 19 S. LaSalle St.  #1500 | Per Ct Order dtd 5/20/09 | | | | |
| | | Chicago  IL  60603 | | | | | |
| 05/20/09 | 001009 | Popowcer Katten, Ltd | ACCOUNTANT FEES | 3410-000 | | 1,290.00 | 21,449.33 |
| | | 35 E. Wacker Drive | Final Comp per order dtd 5/20/09 | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago, Il  60601-2207 | | | | | |
| 05/20/09 | 001010 | Department of the Treasury-Internal Revenue Service | Claim 000009B, Payment 100.00% | 5800-000 | | 4,098.74 | 17,350.59 |
| | | Centralized Insolvency Operations | | | | | |
| | | P O Box 21126 | | | | | |
| | | Philadelphia, PA 19114 | | | | | |
| 05/20/09 | 001011 | Discover Bank | Claim 000002, Payment 48.13% | 7100-000 | | 4,041.11 | 13,309.48 |
| | | P.O. Box  8003 | | | | | |
| | | Hilliard, OH 43026 | | | | | |
| 05/20/09 | 001012 | Richard I. Kaufman, DDS | Claim 000003, Payment 48.13% | 7100-000 | | 2,593.01 | 10,716.47 |
| | | Luis R. Kaufman DDS | | | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.31c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 05-24571 -JPC |
| Case Name: | COOLEY, GEORGE S |
| | COOLEY, LOUISE S |
| Taxpayer ID No: | *******1701 |
| For Period Ending: | 07/23/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0737 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1525 East 53rd Street Suite 734 | | | | |
| | | Chicago, IL 60615-4575 | | | | |
| 05/20/09 | 001013 | Peoples Gas Light & Coke Co. | Claim 000004, Payment 48.13% | 7100-000 | | 928.34 | 9,788.13 |
| | | 130 E Randolph Dr. Chicago, IL 60601 | | | | |
| 05/20/09 | 001014 | LVNV Funding LLC., its successors and assigns, as | Claim 000008, Payment 48.13% | 7100-000 | | 7,280.13 | 2,508.00 |
| | | Resurgent Capital Services | | | | |
| | | P.O. Box 10587 | | | | |
| | | Greenville, SC 29603-0587 | | | | |
| 05/20/09 | 001015 | Department of the Treasury-Internal Revenue Service | Claim 000009A, Payment 48.13% | 7100-000 | | 573.35 | 1,934.65 |
| | | Centralized Insolvency Operations | | | | |
| | | P O Box 21126 | | | | |
| | | Philadelphia, PA 19114 | | | | |
| 05/20/09 | 001016 | Jon N Will & Associates, Inc | Claim 000010, Payment 48.13% | 7100-000 | | 202.13 | 1,732.52 |
| | | 1525 East 53rd #526 | | | | |
| | | Chicago, IL 60615-4575 | | | | |
| 05/20/09 | 001017 | Julia Klugman | Claim 000011, Payment 48.13% | 7100-000 | | 288.75 | 1,443.77 |
| | | 4112 S Harrison | | | | |
| | | Ft Wayne, IN 46807 | | | | |
| 05/20/09 | 001018 | Bruce Sagan | Claim 000012, Payment 48.13% | 7100-000 | | 1,443.77 | 0.00 |
| | | 815 W Van Buren #550 | | | | |
| | | Chicago, IL 60607 | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| | |
|---|---|
| Case No: | 05-24571  -JPC |
| Case Name: | COOLEY, GEORGE S |
| | COOLEY, LOUISE S |
| Taxpayer ID No: | *******1701 |
| For Period Ending: | 07/23/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0737  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0737 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 18 | Checks | 44,162.89 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 2,205.54 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 46,368.43 |
| 0 | Adjustments In | 0.00 | | | |
| 6 | Transfers In | 46,368.43 | | | |
| | Total | $ 46,368.43 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 05-24571 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | COOLEY, GEORGE S | | Bank Name: | Bank of America, N.A. |
| | COOLEY, LOUISE S | | Account Number / CD #: | *******5957 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1701 | | | |
| For Period Ending: | 07/23/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/08 | 14 | George S Cooley | Stock sale proceeds | 1129-000 | 41,638.93 | | 41,638.93 |
| 03/31/08 | 13 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.08 | | 41,642.01 |
| 04/01/08 | | Sun Life Financial Inc. | DIVIDEND PAID | 1280-000 | | -268.02 | 41,910.03 |
| | | c/o Canada Imperial Bank of Commerce | | | | | |
| | | Main Branch - Commerce Court | | | | | |
| | | Toronto  Ontario  M5L 1G9 | | | | | |
| | | CANADA | | | | | |
| 04/30/08 | 13 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 8.58 | | 41,918.61 |
| 05/30/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.32 | | 41,923.93 |
| 06/30/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.16 | | 41,929.09 |
| 07/21/08 | | Transfer to Acct #*******0737 | Bank Funds Transfer | 9999-000 | | 268.02 | 41,661.07 |
| | | | Transfer funds to Morgan Stanley to repay dividend erroneoulsy issued to estate (Stock was sold prior to ex-dividend date). | | | | |
| 07/31/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.31 | | 41,666.38 |
| 08/29/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.29 | | 41,671.67 |
| 09/30/08 | 13 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.13 | | 41,676.80 |
| 10/31/08 | 13 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 4.04 | | 41,680.84 |
| 11/28/08 | 13 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.41 | | 41,684.25 |
| 12/31/08 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 2.10 | | 41,686.35 |
| 01/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 41,686.70 |
| 02/17/09 | | Transfer to Acct #*******0737 | Bank Funds Transfer | 9999-000 | | 37.56 | 41,649.14 |
| 02/27/09 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 41,649.46 |
| 03/26/09 | | Transfer to Acct #*******0737 | Bank Funds Transfer | 9999-000 | | 526.00 | 41,123.46 |
| | | | TRansfer funds to pay estate's  Illinois state income tax.  ecbMarch 26, 2009, 05:03 pm | | | | |
| 03/31/09 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 41,123.81 |
| 04/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 41,124.71 |
| 05/20/09 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.64 | | 41,125.35 |
| 05/20/09 | | Transfer to Acct #*******0737 | Final Posting Transfer | 9999-000 | | 41,125.35 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 15)*

Ver: 14.31c

Page: 7

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-24571 -JPC |
| Case Name: | COOLEY, GEORGE S |
| | COOLEY, LOUISE S |
| Taxpayer ID No: | *******1701 |
| For Period Ending: | 07/23/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5957  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Transfer funds for final distribution.  ecb  May 20, 2009, 11:50 am | | | | |

| Account *******5957 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 41,638.93 | 0 | Checks | -268.02 |
| | 15 | Interest Postings | 49.98 | 0 | Adjustments Out | 0.00 |
| | | | | 4 | Transfers Out | 41,956.93 |
| | | Subtotal | $    41,688.91 | | | |
| | | | | | Total | $    41,688.91 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $    41,688.91 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 41,638.93 | 18 | Checks | 41,694.87 |
| | 19 | Interest Postings | 55.94 | 0 | Adjustments Out | 0.00 |
| | | | | 7 | Transfers Out | 48,573.97 |
| | | Subtotal | $    41,694.87 | | | |
| | | | | | Total | $    90,268.84 |
| | 0 | Adjustments In | 0.00 | | | |
| | 7 | Transfers In | 48,573.97 | | | |
| | | Total | $    90,268.84 | | Net Total Balance | $    0.00 |